# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| HERCILIA H. GROW, | ) | |
| Plaintiff, | ) | CASE NO. 1:19-CV-00630-KD-C |
| vs. | ) | REMOVED FROM CIRCUIT COURT OF MOBILE COUNTY, ALABAMA |
| TRANSAMERICA LIFE INSURANCE COMPANY, | ) | CASE NO. 02-CV-2018-902419.00 |
| Defendant. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 6, 2020 (Doc. 14) is ADOPTED as the opinion of this Court.

Accordingly, Hercilia H. Grow's motion to remand (Doc. 3) is GRANTED and her Supplement and Amendment to Remand for an Award of Attorney's Fees (Doc. 4) is GRANTED IN PART AND DENIED IN PART. The request to amend or supplement her motion is remand is GRANTED but her motion for attorney's fees is DENIED.

The Clerk is directed to REMAND this action to the Circuit Court of Mobile County, Alabama.

DONE this 2nd day of April 2020.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE